IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| **Jeanette Mazur-Taylor,** ) | |
| ) | |
| Plaintiff, ) | C/A No. 3:04-23291-CMC-JRM |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **South Carolina Department of Public Safety,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed her initial complaint on December 16, 2004. Subsequently, she filed an amended complaint on February 10, 2005, and a second amended complaint on March 15, 2005, alleging claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. On October 17, 2005, Defendant filed a motion for summary judgment. Plaintiff filed a memorandum in opposition to the summary judgment motion on December 5, 2005, and Defendant filed a reply on December 27, 2005.

In accordance with this court's order of reference, 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(g), D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for a Report and Recommendation. The Magistrate Judge filed his Report and Recommendation on June 14, 2006.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Based on his review of the record, the Magistrate Judge has recommended that Defendant's motion for summary judgment be **granted**. Plaintiff has filed no objections to the Report and

Recommendation and the time for doing so has expired.

After reviewing the complaint, the motion, the opposition, the reply, the complete record, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment is **GRANTED** and the action is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

 s/ Cameron McGowan Currie
 CAMERON MCGOWAN CURRIE
 UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 20, 2006

C:\temp\notesB0AA3C\04-23291 Mazur-Taylor v. SCDPS - sj granted and case dism w prej - dmb .wpd